UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LELAND FOSTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:20-cv-00393-HAB-SLC |
| BOOLEAN HOLDINGS LLC, | ) ) ) | |
| Defendant. | | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Leland Foster and Defendant Boolean Holdings LLC, by counsel, submit their Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully request this Court dismiss the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

WHEREFORE, the parties, respectfully seek an order dismissing this matter with prejudice.

Respectfully Submitted,

*/s/ Owen B. Dunn, Jr.* (w/ permission)
Owen B. Dunn, Jr.
Law Offices of Owen Dunn Jr.
4334 West Central Avenue, Suite 222
Toledo, Ohio 43615
dunnlawoffice@sbcglobal.net

*Counsel for Plaintiff*

*/s/ Michael W. Padgett*
Michael W. Padgett
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
michael.padgett@jacksonlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I filed the foregoing *Joint Stipulation of Dismissal with Prejudice* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Owen B. Dunn, Jr.
>Law Offices of Owen Dunn Jr.
>4334 West Central Avenue, Suite 222
>Toledo, Ohio 43615
>dunnlawoffice@sbcglobal.net

>*/s/ Michael W. Padgett*
>Michael W. Padgett

4839-4349-7456, v. 1